CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ELENA MORAR,

　　　　　　　Plaintiff,

　　v.

THOMAS SCHUURMANS, *et al.*,

　　　　　　　Defendants.

Case No. 3:25-cv-11104-AGT

**STIPULATION TO STAY PROCEEDINGS;
[PROPOSED] ORDER**

　　　　The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 14, 2026.  The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. The parties also request the Court vacate or continue the initial case management conference scheduled for June 5, 2026, at 2:00 p.m., and all related deadlines.

　　　　Plaintiff filed this mandamus action seeking adjudication of her visa.  Dkt. No. 1. United States Citizenship and Immigration Services ("USCIS") issued a Service Motion to Reopen on May 14, 2026, with a request that Plaintiff reply within 33 days.  USCIS will need additional time after the reply date to adjudicate.

　　　　Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation to Stay
Case No. 3:25-cv-11104-AGT                                    1

September 14, 2026, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 1, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 1, 2026

/s/ Elena Morar
ELENA MORAR
Pro Se Plaintiff

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until September 14, 2026.  The case management conference currently scheduled for June 5, 2026, is hereby:

____ vacated; or

____ continued to:

Date:

_____
HON. ALEX G. TSE
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day he caused a copy of the following document(s):

**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Elena Morar
323 11th Ave Apt. A
San Francisco, CA 94118

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   June 1, 2026

 */s/ Jonathan Birch*
JONATHAN BIRCH
Paralegal Specialist

Stipulation to Stay
Case No. 3:25-cv-11104-AGT                               3