CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELENA MORAR,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS SCHUURMANS, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-11104-AGT<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties submit this joint status report regarding Plaintiff's visa application. On June 2, 2026, the Court granted the parties' request to stay proceedings until September 14, 2026, to allow Plaintiff time to respond to United States Citizenship and Immigration Services' ("USCIS") Service Motion to Reopen and to allow USCIS time to adjudicate once Plaintiff's response was received. *See* Dkt. 14. USCIS issued its decision on Plaintiff's application on July 30, 2026. Plaintiff submitted Form I-290B, Motion to Reconsider, appealing the agency's July 30, 2026, decision. USCIS reports that it may need up to six months to adjudicate Plaintiff's Form I-290B.

Accordingly, the parties have agreed, subject to the Court's approval, to extend the stay until February 26, 2027. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's

active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 1, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 1, 2026

*/s/ Elena Morar*
ELENA MORAR
Pro Se Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until February 26, 2027.

Date: September 1, 2026

HON. ALEX G. TSE
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.